Judge Pauley

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :   INDICTMENT

    -v.-                             :   08 Cr.

CLARENCE MONTAGUE,                   :
   a/k/a "Jeffrey Spencer,"
                                     :
                   Defendant.
                                     :
- - - - - - - - - - - - - - - - - - x

**08 CRIM 332**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __
DATE FILED: APR 11 2008

COUNT ONE

    The Grand Jury charges:

    On or about March 29, 2008, in the Southern District of New York and elsewhere, CLARENCE MONTAGUE, a/k/a "Jeffrey Spencer," the defendant, being an alien, unlawfully, willfully, and knowingly, was found in the United States, after having been deported from the United States on or about September 5, 2000, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about June 10, 1992, in New York Supreme Court, Bronx County, for Manslaughter in the First Degree, in violation of New York Penal Law 125.20, a Class B felony, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

    (Title 8, United States Code, Sections 1326(a) & (b)(2).)


_/s/_____            _/s/ Michael J. Garcia_____
FOREPERSON                           MICHAEL J. GARCIA
                                     United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

CLARENCE MONTAGUE,

a/k/a "Jeffrey Spencer,"

Defendant.

---

INDICTMENT

08 Cr.

(8 U.S.C. § 1326(a) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

---

Filed indictment. Case assigned to Judge Pauley.
—Francis, J.

SRM
4/11/08