UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
UNITED STATES OF AMERICA      :
                              :     08 Cr. 332 (WHP)
         -against-            :
                              :     ORDER
CLARENCE MONTAGUE             :
                              :
              Defendants.     :
                              :
------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

On consent of both parties, the pre-trial conference in this matter is adjourned from May 13, 2008 until June 24, 2008 at 2:00 p.m. The Court prospectively excludes the time from May 13, 2008 until June 24, 2008 from Speedy Trial Act calculation. The Court finds that this continuance serves to ensure the effective assistance of counsel and to prevent any miscarriage of justice. Additionally, I find that the ends of justice served by such a continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(a).

Dated: May 12, 2008
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-16-08

*Counsel of Record*:

Howard S. Master, Esq.
United States Attorney, Southern District New York
One Saint Andrew's Plaza
New York, NY 10007

Deirdre Von Dornum, Esq.
Federal Defenders of New York Inc.
52 Duane Street
10th Floor
New York, NY 10007